1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JEROME ADCOCK,                              No.  2:20-cv-1235 DB P

12                    Plaintiff,

13          v.                                    ORDER AND FINDINGS AND
                                                  RECOMMENDATIONS
14    SUZANNE PEERY, et al.,

15                    Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

18    U.S.C. § 1983.  Plaintiff claims he was exposed to hazardous materials in violation of his Eighth

19    Amendment rights.  By order dated November 5, 2020, the court screened the complaint and

20    determined it did not contain any cognizable claims.  (ECF No. 8.)  Plaintiff was given thirty days

21    leave to file an amended complaint and warned that failure to file an amended complaint would

22    result in a recommendation that this action be dismissed.  Those thirty days have passed, and

23    plaintiff has not filed an amended complaint, requested additional time to file an amended

24    complaint, updated his address, or otherwise responded to the court's order.  Accordingly, the

25    court will recommend that this action be dismissed for failure to prosecute and failure to comply

26    with court orders.

27          For the reasons state above, the Clerk of the Court is ORDERED to randomly assign a

28    district judge to this action.

                                                  1

1      IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See

2   Local Rule 110; Fed. R. Civ. P. 41(b).

3      These findings and recommendations are submitted to the United States District Judge

4   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

5   after being served with these findings and recommendations, plaintiff may file written objections

6   with the court and serve a copy on all parties.  Such a document should be captioned

7   "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

8   failure to file objections within the specified time may waive the right to appeal the District

9   Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

10  Dated:  January 19, 2021

11

12

13                                    DEBORAH BARNES
                                      UNITED STATES MAGISTRATE JUDGE
14

15

16

17
    DB:12
18  DB:1/Orders/Prisoner/Civil.Rights/adco1235.f&r.dism

19

20

21

22

23

24

25

26

27

28